IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RYAN TYLER MERRILL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. CIV-22-007-RAW-GLJ |
| | ) |
| **JONATHAN SEAGRAVES, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

Before the court is the Report and Recommendation of the United States Magistrate Judge. It recommends that plaintiff's motion to file amended complaint be denied. No objection has been filed and the time for doing so has passed. The court finds "there is no clear error on the face of the record." Rule 72 F.R.Cv.P. (Advisory Committee Notes).

It is the order of the court that the Report and Recommendation (#71) is affirmed and adopted as the order of the court. The motion of the plaintiff to file amended complaint (#69) is denied.

**ORDERED THIS 17th DAY OF JUNE, 2024.**

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**